IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

PAUL MATTHEW MILLER, #17010303, :
    Plaintiff, :
:
v. :
: CIVIL ACTION 1:18-00059-KD-N
BALDWIN COUNTY CORRECTIONS :
CENTER, :
    Defendant. :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and there having been no objections filed, the Report and Recommendation of the Magistrate Judge issued pursuant to 28 U.S.C. § 636(b)(1)(B) and dated July 23, 2018 is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Plaintiff's case is **DISMISSED** with prejudice as frivolous.[1]

    **DONE** and **ORDERED** this the **20th** day of **August 2018.**

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff failed to keep the Court apprised of his current address and the Court's review of the inmate tracking database did not indicate his current location.